Abran E. Vigil
Nevada Bar No. 7548
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

Mark R. Gaylord (Utah Bar No. 5073)
(*pro hac vice admission pending*)
gaylord@ballardspahr.com
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001

*Attorneys for Plaintiffs Ebrahim K. Nakhjavani &*
*EKN Tahoe Holdings, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EBRAHIM K. NAKHJAVANI and EKN TAHOE HOLDINGS, LLC, | Case No. 3:26-cv-00360-MMD-CSD |
| Plaintiffs, | Judge Miranda M. Du |
| vs. | **ORDER GRANTING STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES** |
| LAKE TAHOE PARTNERS, LLC, a Utah limited liability company, KEVIN S. GARN, an individual, ANDREW BYBEE, an individual, and GARN STACK TAHOE, LLC, a Utah limited liability company, and DOES 1 through 10, | |
| Defendants. | **(Second Request)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

Plaintiffs Ebrahim K. Nakhjavani and EKN Tahoe Holdings, LLC ("Plaintiffs"), and Defendant Lake Tahoe Partners, LLC, Kevin S. Garn, Andrew Bybee, and Garn Stack Tahoe, LLC ("Defendants"), by and through their attorneys of record, hereby stipulate as follows:

1.     On June 15, 2026, Defendants filed a Motion for Award of Costs and Attorney Fees (the "Motion").

2.     Plaintiffs require additional time to respond to Defendants' Motion, and Defendants accordingly agreed that Plaintiffs shall have up to and including July 21, 2026, to respond to the Motion.

(Continued on the Next Page)

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070

2

3.    Plaintiffs have previously requested one extension of time to respond to the Motion and affirms that this request is made in good faith and will not prejudice the parties to this action.

**IT IS SO STIPULATED.**

By: /s/ *Abran E. Vigil*
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Mark R. Gaylord (Utah Bar #5073)
(*pro hac vice admission pending*)
gaylord@ballardspahr.com
Ballard Spahr LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111-2221

*Counsel for Plaintiffs*

By: /s/ *Jarom R. Jones*
Jeremy C. Reutzel (Utah Bar No. 10692)
(pro hac vice)
Jarom R. Jones (Utah Bar No. 16077)
(pro hac vice)
Noah M. Shepardson (Utah Bar No.20373)
(pro hac vice)
Bennett Tueller Johnson & Deere
3165 E. Millrock Dr., Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: jreutzel@btjd.com; jjones@btjd.com; nshepardson@btjd.com

Jamie P. Dreher (Nevada Bar No. 8794)
621 Capitol Mall, 18th Floor
Sacramento, CCA 95814
Tel: (916) 444-1000
Jdreher@downeybrand.com

JEPSON & McMENOMY
Jennifer M. McMenomy
Nevada Bar No. 14239
100 Vine Street
Reno, NV 89503
Tel: (775) 525-8850
jenny@jepsenmcmenomy.com

*Counsel for Defendant*

IT IS SO ORDERED:

_____
United States Judge

DATED:____July 14, 2026_____

BALLARD SPAHR LLP
1980 FESTIVAL PLAZA DRIVE, SUITE 900
LAS VEGAS, NEVADA 89135
(702) 471-7000 FAX (702) 471-7070