DOWNEY BRAND LLP
JAMIE P. DREHER (Bar No. 8794)
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000
jdreher@downeybrand.com

JENNIFER M. McMENOMY (Bar No. 14239)
McMENOMY LAW
100 Vine Street
Reno, Nevada 89503
Telephone: (775) 525-8850
jennifer@mcmenomylaw.com

Jeremy C. Reutzel (Utah Bar No. 10692)
(*pro hac vice*)
Jarom R. Jones (Utah Bar No. 16077)
(*pro hac vice*)
Noah M. Shepardson (Utah Bar No. 20373)
(*pro hac vice*)
BENNETT TUELLER JOHNSON & DEERE
3165 E. Millrock Dr., Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: jreutzel@btjd.com; jjones@btjd.com; nshepardson@btjd.com

Attorneys for Defendants
LAKE TAHOE PARTNERS, LLC, ANDREW BYBEE, KEVIN GARN, and GARN STACK TAHOE, LLC

Abran E. Vigil Nevada (Bar No. 7548)
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com

Mark R. Gaylord (Utah Bar No. 5073)
(pro hac vice admission pending)
gaylord@ballardspahr.com
BALLARD SPAHR LLP
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah
84111-2221
Telephone: (801) 531-3000
Facsimile: (801) 531-3001

Attorneys for Plaintiffs
EBRAHIM K. NAKHJAVANI and EKN TAHOE HOLDINGS, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, NORTHERN DIVISION**

EBRAHIM K. NAKHJAVANI, et al.,

Plaintiffs,

vs.

LAKE TAHOE PARTNERS, LLC, et al.,

Defendants.

Case No. 3:26-cv-00360-MMD-CSD

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO SUBMIT REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES**

**(First Request)**



DOWNEY BRAND LLP

DOWNEY BRAND LLP

Defendants Lake Tahoe Partners, LLC, Kevin S. Garn, Andrew Bybee, and Garn Stack Tahoe, LLC (collectively, the "***Defendants***") and Plaintiffs Ebrahim K. Nakhjavani and EKN Tahoe Holdings, LLC (collectively, "***Plaintiffs***"), by counsel and pursuant to LR IA 6-1 and 6-2, hereby stipulate as follows:

1. On June 15, 2026, Defendants filed a Motion for Award of Costs and Attorneys' Fees (the "***Motion***").

2. On July 21, 2026, pursuant to stipulations between the parties extending Plaintiffs' time to respond to the Motion, Plaintiffs submitted their Opposition to Defendants' Motion for Award of Costs and Attorneys' Fees (the "***Opposition***").

3. Defendants require additional time to respond to Plaintiffs' Opposition and Plaintiffs agreed that Defendants shall have up to and including August 7, 2026, to file their reply in support of their Motion.

4. Defendants have not previously requested an extension of time related to the foregoing deadline and affirm that this request is made in good faith and will not prejudice the parties to this action.

**IT IS SO STIPULATED:**

By: /s/ Jarom R. Jones
Jeremy C. Reutzel (Utah Bar No. 10692)
(*pro hac vice*)
Jarom R. Jones (Utah Bar No. 16077)
(*pro hac vice*)
Noah M. Shepardson (Utah Bar No. 20373)
(*pro hac vice*)
Bennett Tueller Johnson & Deere
3165 E. Millrock Dr., Suite 500
Salt Lake City, Utah 84121
Telephone: (801) 438-2000
Email: jreutzel@btjd.com; jjones@btjd.com; nshepardson@btjd.com

By: /s/ Mark R. Gaylord
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Mark R. Gaylord, Esq. (Utah Bar No. 5073)
(*pro hac vice admission pending*)
gaylord@ballardspahr.com
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111
***Counsel for Plaintiffs***

By: */s/ Jamie P. Dreher*
Jamie P. Dreher (Nevada Bar No. 8794)
DOWNEY BRAND LLP
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Tel: (916) 444-1000
Jdreher@downeybrand.com

Jennifer M. McMenomy (Nevada Bar No. 14239)
100 Vine Street
Reno, NV 89503
Tel: (775) 525-8850
jenny@jepsenmcmenomy.com
***Counsel for Defendants***

**IT IS SO ORDERED:**

United States District Judge

DATED: July 24, 2026

DOWNEY BRAND LLP