JENNIFER M. McMENOMY (Bar No. 14239)
McMENOMY LAW
jennifer@mcmenomylaw.com
100 Vine Street
Reno, Nevada 89503
Telephone: (775) 525-8850

DOWNEY BRAND LLP
BRADLEY C. CARROLL (California Bar No. 300658) (*pro hac vice application forthcoming*)
bcarroll@downeybrand.com
621 Capitol Mall, 18th Floor
Sacramento, California 95814
Telephone: 916.444.1000

Attorneys for Defendants,
LAKE TAHOE PARTNERS, LLC, ANDREW BYBEE, KEVIN GARN, AND GARN STACK TAHOE, LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA, NORTHERN DIVISION**

EBRAHIM K. NAKHJAVANI, et al.,

Plaintiffs,

vs.

LAKE TAHOE PARTNERS, LLC, et al.,

Defendants.

Case No. 3:26-cv-00360-MMD-CSD

**ORDER GRANTING STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO SUBMIT REPLY IN SUPPORT OF DEFENDANTS' MOTION FOR AWARD OF COSTS AND ATTORNEYS' FEES**

**(Second Request)**

Defendants Lake Tahoe Partners, LLC, Kevin S. Garn, Andrew Bybee, and Garn Stack Tahoe, LLC (collectively, the "***Defendants***") and Plaintiffs Ebrahim K. Nakhjavani and EKN Tahoe Holdings, LLC (collectively, "***Plaintiffs***"), by counsel and pursuant to LR IA 6-1 and 6-2, hereby stipulate as follows:

1. On June 15, 2026, Defendants filed a Motion for Award of Costs and Attorneys' Fees (the "***Motion***").

2. On July 21, 2026, pursuant to stipulations between the parties extending Plaintiffs'



DOWNEY BRAND LLP

time to respond to the Motion, Plaintiffs submitted their Opposition to Defendants' Motion for Award of Costs and Attorneys' Fees (the "***Opposition***").

3. On July 22, 2026, the Parties stipulated that Defendants shall have up to and including August 7, 2026, to file their reply in support of their motion.

4. On August 5, 2026, Defendants' counsel from Bennett Tueller Johson & Deere withdrew from representing Defendants as a result of a disqualification order entered in the related acting state-court action currently pending in Utah.

5. As a result, to allow new counsel to be retained and get up to speed, the Parties stipulate that Defendants shall have up to and including August 21, 2026, to file their reply in support of their Motion.

6. Defendants affirm that this request is made in good faith and will not prejudice the parties to this action.

**IT IS SO STIPULATED:**

By: */s/ Jennifer M. McMenomy*
Jennifer M. McMenomy (Nevada Bar No. 14239)
100 Vine Street
Reno, NV 89503
Tel: (775) 525-8850
jennifer@mcmenomylaw.com

Bradley C. Carroll (California Bar No. 300658)
(*pro hace vice application forthcoming*)
621 Capitol Mall, 18th Floor
Sacramento, CA 95814
Tel: (916) 444-1000
bcarroll@downeybrand.com

*Counsel for Defendants*

By: */s/ Abran E. Vigil*
Abran E. Vigil, Esq.
Nevada Bar No. 7548
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135

Maria Groznik, Esq. (Utah Bar No. 18681)
(*pro hac vice*)
groznikm@ballardspahr.com
Mark R. Gaylord (Utah Bar No. 5073)
(*pro hac vice pending*)
gaylord@ballardspahr.com
One Utah Center, Suite 800
201 South Main Street
Salt Lake City, Utah 84111

Counsel for Plaintiffs

IT IS SO ORDERED

DATED this 5th day of August, 2026.

Miranda M. Du, U.S. District Judge



DOWNEY BRAND LLP